**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,              :
                                                                        :
                         Government,      :        16 CR. 500 (RMB)
                                                                        :
          - against -               :        **ORDER**
                                                                        :
MIGUEL TORRES,                              :
                         Defendant.        :
------------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, January 30, 2024 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 983 538 073#

Dated: January 17, 2024
       New York, NY

                                                      */s/ Richard M. Berman*
                                                    **RICHARD M. BERMAN**
                                                          **U.S.D.J.**