**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,       :

                      Government,     :     16 CR. 500 (RMB)

      - against -                 :     **ORDER**

MIGUEL TORRES,                 :

                      Defendant.     :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, March 26, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 691 035 059#

Dated: March 18, 2024
       New York, NY

                                          _____
                                             **RICHARD M. BERMAN**
                                                    **U.S.D.J.**