UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,
                              Government,

           -against-

MIGUEL TORRES,
                            Defendant.
-----------------------------------------------------------------X

16 CR 500 (RMB)

**ORDER**

**Richard M. Berman, U.S.D.J.:**

      C.J.A. attorney Gary Kaufman is appointed to represent Defendant effective January 30, 2024.

Dated: New York, New York
       March 20, 2024

                                            _____
                                            Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/24