UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,    :    16 CR. 500 (RMB)
                                         :
      - against -                       :    **ORDER**
                                         :
MIGUEL TORRES,                           :
                Defendant.     :
-------------------------------------------------------------x

      The supervised release hearing scheduled for Thursday, May 16, 2024 at 9:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 372 683 028#

Dated: May 8, 2024
       New York, NY

                                                            */s/ Richard M. Berman*
                                                   **RICHARD M. BERMAN**
                                                          **U.S.D.J.**