**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 16 CR. 500 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| MIGUEL TORRES, | : | |
| | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, July 18, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 715 804 67#

Dated: July 10, 2024
      New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
U.S.D.J.