UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MIGUEL TORRES,

Defendant.

CASE NO.: 16 Cr. 500 (RMB)(SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The supervised release hearing scheduled for Tuesday, October 8, 2024 at 9:30 am is now

RESCHEDULED to **Tuesday, October 22, 2024 at 5:00 pm** on Microsoft Teams.  Members of the

public can use the following dial-in information to access the audio of the proceeding: (646) 453-

4442; Conference ID: 332 037 560#.

Dated:      New York, New York
            August 26, 2024

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**