UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>MIGUEL TORRES,<br><br>           Defendant. | CASE NO.: 16 Cr. 500 (RMB)(SLC)<br><br>**SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

A supervised release hearing scheduled for **Monday, February 10, 2025 at 9:00 am** on Microsoft Teams.  Members of the public can use the following dial-in information to access the audio of the proceeding: (646) 453-4442; Conference ID: 332 037 560#.

Dated:	New York, New York
	January 21, 2025

                                                 SO ORDERED.

                                                 _____
                                                 **SARAH L. CAVE**
                                                 **United States Magistrate Judge**