UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MIGUEL TORRES,

          Defendant.

CASE NO.: 16 Cr. 500 (RMB)(SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant Miguel Torres' Supervised Release Conditions are hereby modified as follows:

The Additional Supervised Release Term requiring Mr. Torres to "participate in weekly therapeutic counseling by a licensed therapist" is modified to require Mr. Torres to participate in bi-weekly therapeutic counseling by a licensed therapist. (See ECF No. 201 at 5).

All other Supervised Release Conditions remain in effect.

Dated:    New York, New York
           February 10, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**