UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

MIGUEL TORRES,

        Defendant.

CASE NO.: 16 Cr. 500 (RMB)(SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Supervised Release Hearing (the "Hearing") is scheduled for **Thursday, November 13, 2025 at 9:30 am** on Microsoft Teams before the Honorable Sarah L. Cave and the Honorable Richard M. Berman. The Court requests that Mr. Torres' mental health counselor attend the Hearing. Members of the public can use the following dial-in information to access the audio of the proceeding: (646) 453-4442; Conference ID: 332 037 560#.

Dated:    New York, New York
             July 29, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**