UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

MIGUEL TORRES,

               Defendant.

CASE NO.: 16 Cr. 500 (RMB)(SLC)

**<u>SCHEDULING ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

A Supervised Release Hearing (the "Hearing") is scheduled for **Tuesday, December 2, 2025 at 11:00 am** on Microsoft Teams before the Honorable Sarah L. Cave and the Honorable Richard M. Berman. The Court requests that Mr. Torres' mental health counselor attend the Hearing. Members of the public can use the following dial-in information to access the audio of the proceeding: (646) 453-4442; Conference ID: 332 037 560#.

Dated:      New York, New York
           November 18, 2025

                          SO ORDERED.

                          _____
                          **SARAH L. CAVE**
                          **United States Magistrate Judge**