UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

CASE NO.: 16 Cr. 500 (RMB)(SLC)

MIGUEL TORRES,

**SCHEDULING ORDER**

Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The supervised release hearing scheduled for Monday, June 1, 2026 at 9:30 am is now RESCHEDULED to **Wednesday, June 17, 2026 at 9:30 am** on Microsoft Teams.  Members of the public can use the following dial-in information to access the audio of the proceeding: (646) 453-4442; Conference ID: 332 037 560#.

Dated:     New York, New York
           June 1, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**