UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MIGUEL TORRES,

Defendant.

CASE NO.: 16 Cr. 500 (RMB)(SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Supervised Release Hearing (the "Hearing") is scheduled for **Wednesday, January 13, 2027 at 9:30 am** on Webex before the Honorable Richard M. Berman and the Honorable Sarah L. Cave. The Court requests that Mr. Torres' mental health counselor attend the Hearing. Members of the public can use the following dial-in information to access the audio of the proceeding: (855) 244-8681; Access Code: 2308 226 4654.

Dated: New York, New York
September 18, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**